B6F (Official Form 6F) (12/07)

In re **Holly Ventura**, Case No. **14-26211**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ventura** <br><br> **Baja Broadband** <br> **901 N. Florida Ave.** <br> **Alamogordo, NM 88310** | | - | 2013 <br> Services | | | | **600.00** |
| Account No. **Ventura** <br><br> **Capital One** <br> **P.O. Box 30281** <br> **Salt Lake City, UT 84130** | | - | 2012 <br> Credit Card | | | | **10,000.00** |
| Account No. **Ventura** <br><br> **Chase Bank** <br> **PO Box 78035** <br> **Phoenix, AZ 85062-8035** | | - | 2012 <br> Credit | | | | **Unknown** |
| Account No. **Ventura** <br><br> **Check City** <br> **3758 West 7800 South** <br> **South Jordan, UT 84095** | | - | 2013 <br> Loan | | | | **2,500.00** |
| __4__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | **13,100.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Holly Ventura**, Case No. **14-26211**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ventura**  **City Park Apartments** 780 North 900 West Salt Lake City, UT 84116 | | - | 2013 Apartment Lease | | | | 1,000.00 |
| Account No. **9684**  **Client Services, Inc** 3451 Harry Truman Boulevard Saint Charles, MO 63301-4047 | | - | Collections for Discover | | | | 745.33 |
| Account No. **Ventura**  **Discover Card** PO Box 6103 Carol Stream, IL 60197-6103 | | - | 2013 Credit Card | | | | 2,000.00 |
| Account No.  **Dixie Regional Medical Center** 1380 S. Medical Center Drive Saint George, UT 84790 | | - | medical debt | | | | 25,000.00 |
| Account No. **Ventura, Holly**  **Intermountain Healthcare** 3930 Parkway Blvd Salt Lake City, UT 84120 | | - | 2013 Medical | | | | 12,000.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **40,745.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Holly Ventura**, Case No. **14-26211**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ventura** <br><br> **Jensen Property Management** <br> **590 E St. George Blvd.** <br> **Saint George, UT 84770** | | - | **2013** <br> **Medical** | | | | **2,000.00** |
| Account No. **Ventura** <br><br> **Logan Regional Medical Center** <br> **500 East 1400 North** <br> **Logan, UT 84341** | | - | **2013** <br> **Medical** | | | | **3,000.00** |
| Account No. **Ventura** <br><br> **Medicredit** <br> **111 Corporate Office Dr.** <br> **Earth City, MO 63045-1506** | | - | **2012** <br> **Collections** | | | | **7,000.00** |
| Account No. **Ventura** <br><br> **Nelnet** <br> **121 S 13th St** <br> **Lincoln, NE 68508** | | - | **2013** <br> **Student Loans** | | | | **Unknown** |
| Account No. **Ventura** <br><br> **Plumb Dental** <br> **427 W 100 S** <br> **Saint George, UT 84770** | | - | **2013** <br> **Medical** | | | | **5,000.00** |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Holly Ventura**, Case No. **14-26211**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ventura**<br><br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46037** | | - | 2013<br>**Student Loan** | | | | 30,000.00 |
| Account No. **Ventura**<br><br>**Souther Utah ENT**<br>**1490 E. Foremaster Drive**<br>**Saint George, UT 84790** | | - | 2013<br>**Medical** | | | | 400.00 |
| Account No. **Ventura**<br><br>**St. Mark's Hospital**<br>**1200 East 3900 South**<br>**Salt Lake City, UT 84124** | | - | 2013<br>**Medical** | | | | 4,000.00 |
| Account No.<br><br>**Steven Kuhn Hausch**<br>**no address** | | - | | | | | 0.00 |
| Account No. **Ventura**<br><br>**The Boys & Girls Club of South Valley**<br>**244 Myrtle Ave.**<br>**Murray, UT 84107** | | - | 2013<br>**Services** | | | | 550.00 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **34,950.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Holly Ventura**, Case No. **14-26211**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ventura** <br><br>**Utah Housing Corporation** <br>**2479 South Lake Park Boulevard** <br>**West Valley City, UT 84120** | | - | **2005** <br>**Prior Residence** | | | | **Unknown** |
| Account No. <br><br>**Wells Fargo** <br>**PO Box 30086** <br>**Los Angeles, CA 90030** | | - | **bank accounts** | | | | **2,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,000.00**

Total (Report on Summary of Schedules) **107,795.33**